NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**KARINA ESPINOZA-PALMER,**
*Petitioner*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent*

2023-2268

Petition for review of the Merit Systems Protection Board in No. DC-4324-22-0582-A-1.

**ON MOTION**

**O R D E R**

Upon consideration of the unopposed motion of Karina Espinoza-Palmer for an extension of time to file her response to the Department of Veterans Affairs' ("DVA's") motion to dismiss, up to and including January 3, 2024, and for additional time for the DVA to file its reply, up to and including February 9, 2024,

IT IS ORDERED THAT:

  The motion is granted. The briefing schedule is otherwise stayed.

FOR THE COURT

Jarrett B. Perlow<br>
Clerk of Court

November 29, 2023<br>
   Date